**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **THOMAS S. SCHEAFER,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.  6:20-CV-00066-JCB-** |
| | § | **JDL** |
| **v.** | § | |
| | § | |
| **EDWARD SLOAN AND ASSOCIATES,** | § | |
| **INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On February 12, 2020, Plaintiff Thomas Scheafer filed this action against Defendant Edward Sloan and Associates, Inc. for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*, and the Texas Debt Collection Act ("TDCA"), Tex. Fin. Code. Ann. § 392 *et seq*. (Doc. No. 1.) Before the Court is Plaintiff's motion for leave to appear by telephone at the scheduling conference in this action currently set for July 8, 2020, at 2:00 p.m. (Doc. No. 17). Plaintiff's counsel is located in Illinois, and would need to travel by plane to appear at the conference. *Id.* at ¶¶ 4–5. In light of the ongoing COVID-19 pandemic, Plaintiff's counsel requests leave to appear telephonically. *Id.* at ¶ 6.

The Court is cognizant of the ongoing effects of COVID-19 and the importance of limiting travel during this time. Accordingly, Plaintiff's motion (Doc. No. 17) is **GRANTED.** It is **ORDERED** that the parties will attend the status conference by telephone. The parties shall call 877-336-1839, Access Code 3698822, followed by the # key.

**So ORDERED and SIGNED this 24th day of June, 2020.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE