**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**DATE:   July 8, 2020**

**JUDGE:    JOHN D. LOVE**                                **REPORTER:**

**LAW CLERK:   Susan Stradley**              **COURTROOM DEPUTY: Sharon Baum**

| THOMAS S. SCHAEFER<br><br>V<br><br>EDWARD SLOAN AND ASSOCIATES, INC. | **CASE NO**: **6:20cv66**<br><br>**SCHEDULING CONFERENCE (PHONE)** |
| --- | --- |

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
| --- | --- |
| Joseph Davidson | Keith Wier |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  2:02                                **ADJOURN:**    2:12

| TIME: | MINUTES: |
| --- | --- |
| 2:02 | Case called.   The parties announced they are on the phone and ready.   Judge states he is in receipt of your foundational documents. |
| | Mr. Davidson responds. |
| | Mr. Wier responds. |
| 2:04 | Judge asks about mediation, have you agreed on a mediator or mediation? |
| | Mr. Davidson states they have not discussed a mediator at this time. |
| | Mr. Wier does not oppose mediation. |
| 2:05 | Judge asks why the mediation issue was not discussed.  Judge gives the parties until Friday, July 10 to submit an agreed mediator.   Judge next discusses a deadline to mediate by December 1, 2020.   Judge brings up the issue of consent. |
| 2:08 | Mr. Davidson's client is considering. |

| TIME: | MINUTES: |
|---|---|
| 2:08 | Mr. Wier is not opposed. |
|  | Judge orders the parties to discuss consent.    Judge asks if there is anything else that the parties would like to discuss. |
| 2:10 | Mr. Davidson has nothing further he needs to discuss. |
|  | Mr. Wier has no comment. |
| 2:11 | Judge will sign the foundational documents and will expect the mediator name by Friday. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |